◀ Back to Messenger          10:09 PM           43% 🔋





**Christi McCoy**
There were plenty he didn't go after. He was pretty selective. And sadly our current USA hasn't improved that office. She is very hands off. Sets no policy. I have a trial next week where a fella is accused of digging up some arrowheads and selling them to supplement his disability. Seven or eight men indicted for the same thing. However, the BUYERS of the artifacts have not been arrested. They include (so far), a retired elected official, an executive at a local manufacturing plant, and a sitting judge. . . selective prosecution. Yep. That's how we roll!

55 minutes ago · Like · 👍 4 · Reply



**Vicki Robinson Slater**
Dang.

53 minutes ago · Like · Reply



**Christi McCoy**
It wears on me after a while. . .

◀ Back to Messenger          10:10 PM          ◀  43%

investigated but let's use that investigation to cast aspersions on a person NOT being investigated - nice judge material

25 minutes ago · Like · Reply


**Christi McCoy**
And the person being investigated was completely and totally cleared. It was a sham from the beginning. I remember very well when an irate AUSA called me and demanded to know who was questioning "his witnesses". I told him I thought witnesses were witnesses, didn't realize they belonged to the prosecution. That was the beginning. Add a few not guiltys, a couple of dismissals for various reasons and they started to get a bit resentful.


**Vicki Robinson Slater**
Damn


**Christi McCoy**
My investigator was a decorated Air Force vet, retired from the Atlanta PD